UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br><br>MDL No. 1699 |
| *This document relates to*: | |
| Marnie Bisazza            06-0446 CRB<br>Laura Davenport          06-0446 CRB<br>Maudie Davis               06-0446 CRB<br>Eleanor Dramis            06-0446 CRB<br>Willie Elston                06-0446 CRB<br>Leon Jackson, Jr.          06-2691 CRB<br>Robert Kongstvedt        06-0446 CRB<br>Bernice Maddox           06-0446 CRB<br>Jose Martinez               05-4488 CRB<br>Joseph Panarisi            06-0446 CRB<br>Carlos Perales              06-0446 CRB<br>Aram Yeghiazarian     06-0446 CRB<br>Samuel Zito                 06-2619 CRB | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PFIZER DEFENDANTS' MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS**<br><br>Date:   October 27, 2006<br>Time:  10:00 a.m.<br>Judge: Charles R. Breyer |

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that the Pfizer Defendants and Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee agree and hereby stipulate that the hearing on Pfizer Defendants' Motion Seeking an Order Dismissing Plaintiffs' Claims with Prejudice or Other Appropriate Sanctions shall be continued from October 13, 2006 at 10:00 a.m. to **October 27, 2006 at 10:00 a.m.** or as soon thereafter as counsel can be heard. Said motion shall be heard before the Honorable Charles R. Breyer, United States District Judge, Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO STIPULATED.**

Dated: October 3, 2006          LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By _____
   ELIZABETH J. CABRASER
   SCOTT P. NEALEY

Plaintiffs' Liaison Counsel


Dated: October 3, 2006          DLA PIPER RUDNICK GRAY CARY US LLP


By ___/s/_____
   AMY W. SCHULMAN

Defendants' Liaison Counsel


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 6__, 2006

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

PFZR/1035934/1077964v.1